IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

VIRGINIA LOIS BOYD-KNIGHTEN,
ADC #707755                                                                                          PLAINTIFF

VS.                              CASE NO. 1:06CV00018 WRW/HDY

TOM BRADSHAW, et al.                                                                          DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from Magistrate Judge H. David Young. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety.

IT IS, THEREFORE ORDERED that defendants' motion to dismiss is hereby DENIED without prejudice.

IT IS FURTHER ORDERED that defendants shall re-schedule plaintiff's deposition and the parties will abide by the suggestions of the Court as set forth in the accompanying Partial Recommended Disposition.

IT IS SO ORDERED this 28th day of December, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE