IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

VIRGINIA LOIS BOYD-KNIGHTEN,
ADC #707755                                                                                                    PLAINTIFF

VS.                            CASE NO. 1:06CV00018-WRW

TOM BRADSHAW, et al.                                                                                  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety.

IT IS, THEREFORE ORDERED that plaintiff's complaint against defendants is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 21st day of February, 2007.


                                                                    /s/Wm. R. Wilson, Jr.
                                                                    UNITED STATES DISTRICT JUDGE